U.S. PHILIPS CORPORATION,
Plaintiff–Appellee,

v.

IWASAKI ELECTRIC COMPANY
LTD., Defendant/Third–Party
Plaintiff–Appellant,

v.

Koninklijke Philips Electronics N.V.,
Philips Electronics North America
Corp., and Philips International B.V.,
Third–Party Defendants–Appellees.

No. 2009–1252.

United States Court of Appeals,
Federal Circuit.

Jan. 27, 2010.

Before LOURIE, LINN, and MOORE,
Circuit Judges.

ON MOTION

ORDER

Appellant and all appellees in the above
matter submit a joint voluntary dismissal
agreement, pursuant to F.R.A.P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal
is dismissed.

**2**

(2) Each side shall bear its own costs and attorneys' fees.